IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LESLIE H. MILEY, AS PARENT AND
LEGAL GUARDIAN OF K.W.P. AND
W.J.P., AND TRACEY H. BAILEY, AS
ADMINISTRATRIX OF THE ESTATES OF
AUTSIN POOLE AND ANGELA POOLE
AND ALSO ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES
OF ANGELA POOLE                                                                    PLAINTIFFS

V.                                                         CIVIL ACTION NO.: 4:20-CV-34-SA-RP

UNITED STATES OF AMERICA
AND JOHN DOES 1-5                                                                  DEFENDANTS

ORDER

On March 26, 2019, the undersigned entered an order of recusal in *Old Republic Insurance Co. v. Oxford Aircraft Charters, LLC, et al.*, which provides, in relevant part:

> Plaintiff's lawsuit concerns an airplane crash involving residents of Oxford, Mississippi, and the parties to this action involve decedents and or their families who the judge herein was/is personally acquainted with. Additionally, family members of the decedents regularly appear before each district and magistrate judge in the Northern District of Mississippi. The currently assigned judge has therefore decided that recusal is appropriate. In this case, every judge in the district would face the same conflict, so reassigning would be futile. Having conferred with all affected judges, this matter is reassigned to Senior United States District Judge Tom Lee and United States Magistrate Judge Robert H. Walker for all further proceedings.

3:18-cv-216, at Doc. #58 (N.D. Miss. Mar. 26, 2019).

Because this case involves the same issues and many of the same parties as *Old Republic Insurance*, the Court concludes that recusal and transfer are both warranted. Accordingly, this matter is reassigned to Senior United States District Judge Tom Lee and United States Magistrate Judge Robert H. Walker in the Southern District of Mississippi.

SO ORDERED, this the 6th day of March, 2020.

    /s/Sharion Aycock  
UNITED STATES DISTRICT JUDGE